IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1: 22-cv-01938-CNS-SP

TANYA RIVERA,

    Plaintiff,

v.

UNIVERSITY OF COLORADO HOSPITAL AUTHORITY,

    Defendant.

---

ORDER GRANTING MOTION TO COMPEL (ECF No. 26)

---

**Susan Prose, United States Magistrate Judge**

    This matter is before the court on the Motion to Compel Discovery and Disclosure filed by Defendant University of Colorado Hospital Authority on May 15, 2023 ("Motion"). ECF No. 26. Plaintiff Tanya Rivera is pro se.[1] Defendant requests an order compelling her (1) to respond to Defendant's First Set of Interrogatories and Requests for Production of Documents, ECF No. 26-3, and (2) to comply with Judge Sweeney's Initial Discovery Protocols for employment cases alleging adverse action, as Plaintiff does in this case. *See* ECF No. 26; *see also* Judge Sweeney's Civ. Practice Standard 26.1A(a); Complaint, ECF No. 1 ¶¶ 32-33, 37, 46-47 (allegations of

---

[1] Magistrate Judge Mix, to whom this case was previously assigned, allowed Plaintiff's former counsel to withdraw on February 27, 2023, based on his allegations of irreconcilable differences and an impasse with Plaintiff. ECF Nos. 23, 24. Nevertheless, as Plaintiff was advised by her former counsel, she is "personally responsible for complying with all deadlines and Court Orders." ECF No. 23 ¶ 6; *Nielsen v. Price*, 17 F.3d 1276, 1277 (10th Cir. 1994) (a plaintiff's pro se status does not vitiate her obligation to adhere to and comply with "the same rules of procedure that govern other litigants").

adverse employment actions).

The deadline for Plaintiff to respond to Defendant's written discovery requests was March 13, 2023. Motion at 3. Plaintiff has not responded. Full disclosures pursuant to Judge Sweeney's Initial Discovery Protocols were due on November 25, 2022. *Id.* at 6-7; Judge Sweeney's Civ. Practice Standard 26.1A(c) ("Within thirty (30) days following the Defendant's submission of a responsive pleading or motion, the parties shall provide to one another the documents and information described in the Initial Discovery Protocols for the relevant time period."). Counsel for Defendant has represented that Plaintiff's disclosures are deficient, and this court agrees. Motion at 6-7; *see also* ECF No. 26-1. Counsel for Defendant detailed her multiple unsuccessful attempts to confer with Plaintiff about these discovery deficiencies by letter, phone call, and email. Motion at 3-4.

The court finds that Defendant's discovery requests are reasonable. Plaintiff is a litigant in a federal lawsuit alleging violations of the Americans with Disabilities Act and the Family and Medical Leave Act. She must meaningfully participate in discovery and provide information related to the defense of her claims. To date, she has failed to do so. Not only has she failed to comply with her discovery obligations, she has also failed to obey orders of this court. This court ordered Plaintiff to respond to the Motion on or before June 5, 2023, and the court set a telephonic hearing on the Motion for June 6, 2023. ECF No. 28. Plaintiff did not file a response and did not appear at the telephonic hearing.

For these reasons, it is hereby **ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's failure to timely respond to the Motion or to appear at the court-ordered hearing, as well as to raise any objection she may have to

2

Defendant's discovery requests, waives all such objections, other than those based on applicable privileges or inadvertent destruction. *See, e.g.*, *Fann v. Hartford Underwriters Ins. Co.*, No. 11-cv-03156-CMA-BNB, 2012 WL 5363791, at *1 (D. Colo. Oct. 31, 2012) (citing *Pham v. Hartford Fire Ins. Co.*, 193 F.R.D. 659, 662 (D. Colo. 2000)). Plaintiff therefore must respond to the outstanding discovery requests (including the disclosures required by Judge Sweeney's Practice Standards) in full, without objection, except objections based upon applicable privileges or that the documents no longer exist through no fault of Plaintiff.

**IT IS FURTHER ORDERED** that, **on or before June 27, 2023**, Plaintiff shall:

(1) Respond in full to Defendant's First Set of Interrogatories and Requests for Production of Documents to Plaintiff, ECF No. 26-3, and

(2) Disclose all missing information required by Judge Sweeney's Initial Discovery Protocols, as described in the Motion, ECF No. 26 at 5-7.

**<u>Plaintiff's failure to comply with this Order may result in the imposition of further sanctions, including a recommendation that this case be dismissed pursuant to Federal Rule of Civil Procedure 37(b) and/or D.C.COLO.LCivR 41.1 for Plaintiff's failure to prosecute this case and to comply with orders of the Court.</u>**

A copy of this Order shall be mailed to:

Tanya Rivera
6370 South Patsburg Court
Aurora, CO 80016

As a courtesy, a copy of this Order also shall be emailed to Plaintiff at:

tanriv4@gmail.com

3

DATED:  June 6, 2023

BY THE COURT:

_____
Susan Prose
United States Magistrate Judge